IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**WESTON TEES LLC**, a Texas limited liability company dba Texas Tees; **WESTON GRIFFIN**, an individual; and **DEVON WALDEN**, an individual,<br><br>Defendants. | Case No. 3:23-cv-2303 |

## NOTICE OF RELATED CASES

Pursuant to LR 3.3(a), Plaintiffs hereby disclose the following cases which may be related as defined by LR 3.3(b)(3):

1. *Seiko Epson Corporation, et al. v. Creek Manufacturing LLC, et al.*, Civil No. 1:23-cv-00570-SAB (E.D. CA.), currently pending before Judge Stanley A. Boone.

2. *Seiko Epson Corporation, et al. v. Planet Green Cartridges, Inc. et al.,* Civil No. 2:23-cv-02692 (C.D. CA.), concluded by settlement, consent judgment and permanent injunction.

3. *Seiko Epson Corporation, et al. v. Dongguan Ocbestjet Digital Technology Co., Ltd., et al.,* Civil No. 2:22-cv-04123 (E.D. CA.), concluded by default judgment and permanent injunction.

4. *Seiko Epson Corporation, et al. v. E TOP, LLC, et al.,* Civil No. 3:21-cv-00484 (D. Or.), concluded by settlement, consent judgment and permanent injunction.

5. *Seiko Epson Corporation, et al. v. Vision Imaging Supplies, Inc. et al.,* Civil No. 2:21-cv-02756 (C.D.CA.), concluded by settlement, consent judgment and permanent injunction.

6. *Seiko Epson Corporation, et al. v. Audoormatics USA, Inc. et al.,* Civl No. 2:20-cv-11148 (C.D. CA.), concluded by settlement, consent judgment and permanent injunction.

7. *Seiko Epson Corporation, et al. v. Vintrick, Inc., et al.,* Civil No. 2:19-cv-10697 (C.D. CA.), concluded by default judgment and permanent injunction.

8. *Seiko Epson Corporation, et al. v. Straightouttaink, LP, et al.,* Civil No. 4:19-cv-08240 (N.D. CA.), concluded by default judgment and permanent injunction.

9. *Seiko Epson Corporation, et al. v. BCH Technologies, LLC, et al.,* Civil No. 1:19-cv-01067 (M.D. NC.), concluded by settlement, consent judgment and permanent injunction.

10. *Seiko Epson Corporation, et al. v. STS Refill Technology, LLC, et al.,* Civil No. 9:18-cv-81723 (S.D. FL.), concluded by settlement, consent judgment and permanent injunction.

11. *Seiko Epson Corporation, et al. v. CIS Systems, Inc., et al.,* Civil No. 1:18-cv-06586 (N.D. IL), concluded by settlement, consent judgment and permanent injunction.

12. *Seiko Epson Corporation, et al. v. Inkjet2U LLP, et al.,* Civil No. 3:16-cv-02322 (D. Or.), concluded by default judgment and permanent injunction.

13. *Seiko Epson Corporation, et al. v. FTrade Inc. d/b/a Valuetoner, et al.,* Civl No. 1:18-cv-05036 (E.D. NY.), concluded by settlement, consent judgment and permanent injunction.

14. *Seiko Epson Corporation, et al. v. SinoTime Technologies, Inc., et al.,* Civil No. 1:18-cv-22838 (S.D. FL.), concluded by settlement, consent judgment and permanent injunction.

15. *Seiko Epson Corporation, et al. v. E-Z Ink, Inc.,* Civil No. 1:18-cv-01338 (E.D. NY.), concluded by settlement, consent judgment and permanent injunction.

16. *Seiko Epson Corporation, et al. v. InkPro2Day, et al.,* Civil No. 2:18-cv-00372 (D. Nev.), .), concluded by default judgment and permanent injunction.

17. *Seiko Epson Corporation, et al. v. Soldcrazy USA LLC,* Civil No. 2:17-cv-04502 (C.D. Cal.), concluded by default judgment and permanent injunction.

18. *Seiko Epson Corporation, et al. v. Prinko Image Co. (USA), Inc*, Civil No. 2:17-cv-04501-AB (JCx) (C.D. Cal.), concluded by default judgment and permanent injunction.

19. *Seiko Epson Corporation, et al. v. Advance Image Manufacturers, Inc.*, Civil No. 3:17-cv-425-YY (D. Or.), concluded by default judgment and permanent injunction.

20. *Seiko Epson Corporation, et al. v. OW Supplies Corp., et al.,* Civil No. 3:17-cv-363-YY (D. Or.), concluded by settlement, consent judgment and permanent injunction.

21. *Seiko Epson Corporation, et al. v. Ta Trix USA Inc.*, Civil No. 3:17-cv-369-YY (D. Or.), concluded by settlement, consent judgment and permanent injunction.

22. *Seiko Epson Corporation, et al. v. Gaea Supplies Corporation,* Civil No. 3:17-cv-366-SB (D. Or.), concluded by settlement, consent judgment and permanent injunction.

23. *Seiko Epson Corporation, et al. v. HT Tech, Inc. and HT Imaging Inc.*, Civil No. 3:16-cv-2321-YY (D. Or.), concluded by settlement, consent judgment and permanent injunction.

24. *Seiko Epson Corporation, et al. v. Shoppers Smart LLC, et al.*, Civil No. 3:16-cv-2324-YY (D. Or.) filed on December 14, 2016, concluded by settlement, consent judgment and permanent injunction.

25. *Seiko Epson Corporation, et al. v. Nano Business & Technology, Inc.*, Civil No. 3:16-cv-02211-YY (D. Or.), concluded by settlement, consent judgment and permanent injunction.

26. *Seiko Epson Corporation, et al. v. Glory South Software Manufacturing Inc., et al.*, Civil No. 06-236-BR (D. Or.), concluded by default judgment and permanent injunction.

27. *Seiko Epson Corporation, et al. v. Glory South Software Manufacturing Inc., et al.*, Civil No. 06-477-BR (D. Or.), concluded by default judgment and permanent injunction.

28. *Seiko Epson Corporation, et al. v. Abacus 24-7 LLC, et al.*, Civil No. 09-477-BR (D. Or.), filed on April 28, 2009, concluded by settlement, consent judgment and permanent injunction.

29. *Seiko Epson Corporation, et al. v. E-Babylon, Inc., et al.*, Civil No. 07-896-BR (D. Or.), filed on June 18, 2007, concluded by settlement, consent judgment and permanent injunction.

30. *Seiko Epson Corporation, et al. v. Inkjetmadness.com, Inc., et al.*, Civil No. 08-452-BR (D. Or.), filed on April 10, 2008, concluded by settlement, consent judgment and permanent injunction.

31. *In the Matter of CERTAIN INK CARTRIDGES AND COMPONENTS THEREOF*, Investigation No. 337-TA-946, United States International Trade Commission ("ITC"), Washington, D.C., which was adjudicated by the ITC in a final determination (ITC Opinion, May 26, 2016) and resulted in the Commission issuing a General Exclusion Order and certain Cease and Desist Orders.

32. *In the Matter of CERTAIN INK CARTRIDGES AND COMPONENTS THEREOF*, Investigation No. 337-TA-565, United States International Trade Commission ("ITC"), Washington, D.C., which was adjudicated by the ITC in a final determination (ITC Opinion, October 19, 2007) and resulted in the Commission issuing a General Exclusion Order and certain Cease and Desist Orders.

DATED:  October 18, 2023

By */s/ Victoria Forson*

**Victoria Forson**
Texas Bar No. 24118212
victoria.forson@klgates.com
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5500
Fax: (214) 939-5849

**Tigran Guledjian**
California Bar No. 207613  (*pro hac vice* to be filed)
tigranguledjian@quinnemanuel.com
**Richard H. Doss**
California Bar No. 204078  (*pro hac vice* to be filed)
richarddoss@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

**Henry M. Pogorzelski**
Texas Bar No. 24007852
henry.pogorzelski@klgates.com
K&L Gates LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
Fax: (512) 482-6859

*Attorneys for Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of October, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      */s/ Victoria Forson*
      Victoria Forson