IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**WESTON TEES LLC**, a Texas limited liability company dba Texas Tees; **WESTON GRIFFIN**, an individual; and **DEVON WALDEN**, an individual,<br><br>Defendants. | Case No. 3:23-cv-2303 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that the following attorney is making an appearance as counsel of record for the Plaintiffs in the above styled and numbered matter:

> **Henry M. Pogorzelski**
> Texas Bar No. 24007852
> henry.pogorzelski@klgates.com
> K&L Gates LLP
> 2801 Via Fortuna, Suite 650
> Austin, Texas 78746
> Tel: (512) 482-6800
> Fax: (512) 482-6859

Accordingly, Henry M. Pogorzelski should receive all notices, filings, and correspondence and be included in all notices, filings, and correspondence in this action.

1

DATED:  October 19, 2023

By */s/ Henry M. Pogorzelski*
**Victoria Forson**
Texas Bar No. 24118212
victoria.forson@klgates.com
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5500
Fax: (214) 939-5849

**Tigran Guledjian**
California Bar No. 207613  (*pro hac vice* to be filed)
tigranguledjian@quinnemanuel.com
**Richard H. Doss**
California Bar No. 204078  (*pro hac vice* to be filed)
richarddoss@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

**Henry M. Pogorzelski**
Texas Bar No. 24007852
henry.pogorzelski@klgates.com
K&L Gates LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
Fax: (512) 482-6859

*Attorneys for Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of October, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                             */s/ Henry M. Pogorzelski*
                                             Henry M. Pogorzelski